79,989-04

Cause No. 10-08-09318-CR (4)

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

Ex parte:
James Steven Corley
#1723438

Dear Court of Criminal Appeals

Last November 21, 2014 I filed
asking permission to file another Direct
Appeal based on a violation of my
Forth Amendment Rights of an Illegal
Breath/Blood Draw. It was has been
Almost a Year, I havent heard anything
Can the Court help me? I have been
in Jail/Prison over 5 years now.

was filed
Montgomery Co.
Nov. 21, 2014

Thank You
James Steven Corley
#1723438
Clements Unit 19-Y-112
9601 Spur 591
Amarillo, TX
79107

I swear under penalty of perjury all the
Statements are True and Correct

Jim Steven Corley